THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.5:09-cv-395-F

| | |
|---|---|
| ONYEDIKA C. NWAEBUBE, ) | |
| Plantiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| EMPLOYMENT SECURITY ) | |
| COMMISSION OF ) | |
| NORTH CAROLINA ) | |
| Defendant. ) | |

THIS CAUSE came on before the undersigned on the Motion of Defendant for an order sealing Doc. No. 39-5 previously submitted in support of Defendant's Objections to Magistrate Judge's Memorandum and Recommendation as "Appendix Exhibits 66 through 68," and filing the redacted version of the same Exhibits. The Court finds that this Motion is appropriate, and that in the interest of justice it should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Doc. No. 39-5 previously submitted in support of Defendant's Objections to Magistrate Judge's Memorandum and Recommendation as "Appendix Exhibits 66 through 68" shall be sealed, and the redacted version of the same Exhibits attached to said Motion shall be filed in its place.

Entered this the 7th day of June, 2011.

By: _____
U. S. District Court Judge Presiding