AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ONYEDIKA C NWAEBUBE,<br>        Plaintiff,<br><br>v.<br><br>EMPLOYMENT SECURITY COMMISSION<br>OF NORTH CAROLINA,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-395-F |

<u> X </u>   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>     </u>   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the jury, unanimously finds that the Plaintiff *did not* prove by a preponderance of the evidence that his race and/or national origin was a <u>motivating factor</u> for the Employment Security Commission's decision not to promote him.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 12, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Charles E. Monteith, Jr., (via CM/ECF Notice of Electronic Filing)
Shelli Henderson Rice (via CM/ECF Notice of Electronic Filing)
Camilla F. McClain (via CM/ECF Notice of Electronic Filing)
Fred R. Gamin (via CM/ECF Notice of Electronic Filing)


October 12, 2011                             DENNIS IAVARONE,
Date                                          Clerk of Court

                                                              /s/ Susan Edwards
*Wilmington, North Carolina*                     *(By) Deputy Clerk*