UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ONYEDIKA C. NWAEBUBE, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>EMPLOYMENT SECURITY COMMISSION OF )<br>NORTH CAROLINA, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-395-F** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order on bill of costs dated August 21, 2012 and with no objections being filed, the defendant's remaining costs in the total amount of One Thousand Two Hundred Fifty Seven Dollars and 99/100 ($1,257.99) are allowed and taxed against plaintiff Onyedika C. Nwaebube. All other requests for costs not referenced in this order are denied.

**This Judgment Filed and Entered on September 7, 2012, and Copies To:**

Charles E. Monteith, Jr. (via CM/ECF Notice of Electronic Filing)
Shelli Henderson Rice (via CM/ECF Notice of Electronic Filing)
Camilla F. McClain (via CM/ECF Notice of Electronic Filing)
Fred R. Gamin (via CM/ECF Notice of Electronic Filing)

DATE                                                          JULIE A. RICHARDS, CLERK
September 7, 2012                                   /s/ Susan K. Edwards
                                                                       (By) Susan K. Edwards, Deputy Clerk